DENNIS ALAN GEORGE, principle
Name
c/o 85 75 Rangeview Ave, # B
Mailing address
Anchorage, Alaska state 99504
City, State, Zip
907 206 - 1347
Telephone



RECEIVED

JUL 07 2023

CLERK, U.S. DISTRICT COURT
DIST. ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

DENNIS ALAN GEORGE,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Alaska VA Healthcare System,

_____,

_____,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3: 23-CV- 00152-SLG
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

Plaintiff is foreign to the corporate State of Alaska jurisdiction / Therefore under the constitutional republic

### B. Parties

Secured unalienable

1. Plaintiff: This complaint alleges that the ~~civil~~ rights of Dennis Alan ,
(print your name)

domiciled
who presently ~~resides~~ at c/o 8575 Rangeview Ave, # B, Anchorage, Alaska state 99504
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, <u>Alaska VA Healthcare System</u> is a citizen of
                                  (name)

<u>State of Alaska</u>, and is employed as a_____.
    (state)                                    (defendant's government position/title)

___X___This defendant **personally participated** in causing my injury, and I want ~~money damages~~. *This Court to issue an Order, to Defendant in compliance with the lawful*
**OR** *Summary judgment and private contract agreement established by Affidavit presented needs.*
                                            *See Enclosed.*
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____ is a citizen of
                                  (name)

_____, and is employed as a_____.
      (state)                                (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
                                  (name)

_____, and is employed as a_____.
      (state)                                (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

**Claim 1**: On or about _See enclosed. Affidavit presentments,_ my civil right to
_____(Date)_____

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Lawful Summary judgment and private contract agreement has been
established by private administrative process/Affidavit presentments.
This did establish a Lawful judgment against Defendant in Maxim of Law,
resulting in res judicata, stare decisis with permanent estoppel barring
any further action by Defendant

See enclosed Affidavit presentments

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

Claim 2: On or about _____, my civil right to
                              (Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
                        unusual punishment, etc.  List **only one** violation.)
was violated by _____
                  (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2.  State what
happened briefly and clearly, in your own words.  Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 4 of 7

Claim 3: On or about _____, my civil right to

(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc.  List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.  State what
happened briefly and clearly, in your own words.  Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

**D. Previous Lawsuits**

1. Have you begun other lawsuits ~~in state or federal court~~ *by Private administrative process/Affidavit presentments* dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? ___X___ Yes _____ No

2. If your answer is "Yes," describe each lawsuit. *See enclosed Affidavits*

a. <u>Lawsuit 1</u>: *Private administrative process, Affidavit presentment - Maxims of Law*

Plaintiff(s): *Dennis Alay 'national of the United States of America' Foreign diplomat*

Defendant(s): *Alaska VA Healthcare System*

Name and location of court: *See Private Administrative process/Affidavit presentment*

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending *Final* *Summary judgement was lawfully established in accord with Maxims of Law*

Issues Raised: _____

b. <u>Lawsuit 2</u>:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. ~~Damages in the amount of $~~ *Issue Order in compliance with Summary Judgement which was lawfully established by unrebutted Affidavit presentments.*

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to *Comply with private contract agreement lawfully established by Defendant's Default and Dishonor.*

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes __X__ No *Summary judgment has lawfully been established by private administrative process — establishing res judicata, stare decisis with permanent estoppel barring any further action by Defendant. See enclosed Affidavit presentments.*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at *U.S. District Court Anchorage* on *07/09/2023*
       (Location)                               (Date)

*By agent: George + Nanci-Claus UCC 3-402(b)*
*All Rights Reserved*
      (Plaintiff's Original Signature)
*Beneficiary, national of the United States of America.*

_____    _____
Original Signature of Attorney (if any)            (Date)

_____
_____
_____
Attorney's Address and Telephone Number

U.S. District Court Anchorage, Alaska

July 3, 2023

Cause for Claim to be finalized in chambers due to completed private administrative process has been lawfully completed by Affidavit presentments which were dishonored by party's failure to rebut points presented in Affidavits and forming their agreement with terms and conditions of private contract as presented as expressly noticed to party.

I request that a U.S. District Judge issue an Order to the party in Default and Dishonor immediately upon review of the private administrative process which has been lawfully completed and presented by the undersigned 'national of the United States', (per 18 U.S.C. § 112). This private contract agreement has been established - res judicata, stare decisis with permanent estoppel barring any further adjudication as this lawful summary judgment has been established in accord with Maxims of Law and under common law rules in accordance with the people's constitutional republic form of government due to the Claimant/injured party being a '*foreign official*', a '*national of the United States*' per your 18 U.S.C. § 112. Lieber Code Article 44 and established contract codified at: 50 U.S.C. § 4305(b)(2) applies to the undersigned live man, Agent, beneficiary of the cestui que trust.

All Rights Reserved
By agent with POA: *George ; Dennis. Alan;*  , UCC 3-402(b)(1),
For the DENNIS ALAN GEORGE ESTATE, principle

U.S. District Court Anchorage, Alaska

ORDER for Summary Judgment

Having reviewed the private administrative process lawfully completed in accordance with Maxims of Law and laws of the constitutional republic of the united states of America, I hereby ORDER that the Alaska VA Heathcare System pay the sum certain amount of 1,000,000 USD to the DENNIS A GEORGE, personal service corporation; AND to permanently increase the monthly VA disability payment, (currently 3,621.95 USD to THREE times the 100% disability rate which is 10,865.85 USD with annual adjustments to reflect the THREE times the 100% disability rate.

All prescription billing costs shall be zeroed in accordance with this veteran's invoked rights secured by the laws of the United States and his invoked right to tender payment per Public Law 73-10 by negotiable instrument presentment or his private contract publically recorded at: Recording District 301 Anchorage recording # 2021-046346-0 at point #7 is ordered to be paid to the DENNIS A GEORGE, personal service corporation immediately - at sight for breach of this private contract.

All amounts which are claimed owed and owing to the VA are ORDERED to be voided immediately for breach of trust, in violation of 15 U.S. Code § 1. The amount deducted, (46.29 USD), from the monthly disability credit on 06/26/2023 is ORDERED to be returned immediately.

So ORDERED this ___ day of July, 2023.

_____

The Honorable U.S. District Court Judge
Anchorage, Alaska

Order of Authority

Order is preserved: 1. God; 2. People; 3. State; 4. Federal

1. God - God created the earth, and the laws of Nature he has Supreme Authority.
2. We the People - God created
   people; God gave dominion of the earth to the people.
3. The State's Constitution (a "trust indenture") - The people created the State Constitutions retaining all individual rights of the people.
4. The Federal Constitution - The States created the Federal Constitution, retaining the rights of the States. Only limited powers were granted to the Federal Government. (and a constitutional republic form of government is guaranteed to all of the States. State of Alaska is a "political subdivision of the State" and a "public corporation" per Alaska Statutes 45.77.020, with the Alaska Court System being created in the Alaska Administrative Codes, (hence the proof of the "Seal of the Court" reflecting "Third Judicial District" instead of the Seal of the Court mandated by Session Laws of Alaska, 1959 Chapter 50, page 34 Sec. 20), which is a private administrative agency foreign to the people's constitutional republic form of government guaranteed by the Federal Constitution to be provided to the people, of which I am one and NOT a 'foreign corporate 14th Amendment U.S. citizen".)
5. The created DOES NOT rule over the creator. [Maxim of Law: "One only has jurisdiction over what he creates."]

John Adams - "A republic is an empire of laws, and not men."

I, live man, publically called, George, Dennis Alan, invoke and never waive my secured unalienable God granted birthrights unless expressly established in writing with my autograph. This is non-negotiable and I do not consent to be a part of the foreign corporations posing as the people's constitutional republic form of government.

All Rights Reserved
By agent: George : Dennis Alan: UCC 3-402(b)(1)
for Principle DENNIS ALAN GEORGE estate held
in trust.