# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| DENNIS ALAN GEORGE, <br> *Plaintiff* <br> v. <br> ALASKA VA HEALTHCARE SYSTEM, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:23-cv-00152-JMK <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this action is dismissed for failure to state a viable claim for relief.

APPROVED:

**s/Joshua M. Kindred**
Joshua M. Kindred
United States District Judge

Date: October 18, 2023

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*